**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1306**

———————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

UNITED STATES DISTRICT COURT,

Defendant - Appellee.

———————————

**No. 01-1307**

———————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

WILLIAM L. OSTEEN,

Defendant - Appellee.

ARTHUR O. ARMSTRONG,

                                   Plaintiff - Appellant,

        versus

WILLIAM L. OSTEEN; HERBERT J. HUTTON,

                                   Defendants - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (MISC-01-10-1, MISC-01-12-1, MISC-01-11-1)

Submitted:  May 24, 2001                    Decided:  June 6, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals a district court order denying his motions for leave to file complaints. We have reviewed the record and the district court order and find no reversible error. Accordingly, we deny Armstrong's motions for leave to proceed in forma pauperis and for summary judgment and dismiss the appeals as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3